**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Albert W. DeLeon,          )<br>                            )<br>          Plaintiff,        )<br>                            )<br> v.                         )<br>                            )<br> Dora Schriro, et al.,      )<br>                            )<br>          Defendants.       )<br> _____) | CV 04-0446-PHX-PGR (MS)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Sitver, entered on September 1, 2005, in light of the Plaintiff's objections to the Report and Recommendation, and the Court finding that the Plaintiff's objections have no merit,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation **(Doc. 160)** is ACCEPTED and ADOPTED by the Court. IT IS FURTHER ORDERED that the Plaintiff's Motion to Take Leave to File Supplemental Pleading (Doc. 155) is DENIED as untimely.

DATED this 13th day of October, 2005.

Paul G. Rosenblatt
United States District Judge